UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08CR130UPJ-LRA

JEFFREY JOHNSON   18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

## COUNT 1

That on or about May 20, 2008, in Hinds County in the Jackson Division of the Southern District of Mississippi, the defendant, **JEFFREY JOHNSON,** having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of the offense specified in Count 1, above, the defendant, **JEFFREY JOHNSON,** shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

(1) Ruger pistol, Model P-95, 9mm, serial number 315-50308;

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has

been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Section 924(d)(1), Title 18, United States Code.

for DUNN LAMPTON
United States Attorney

A TRUE BILL:

s/ Signature Redacted
Foreperson of the Grand Jury