CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

*3:08CR130 DPJ-LRA*

CITY: _JACKSON_____

COUNTY: HINDS___

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
SEARCH WARRANT CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**AUG 20 2008**
J. T. NOBLIN, CLERK
BY _____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: ___ YES _X___ NO

NAME/ALIAS: __JEFFREY JOHNSON_____

ADDRESS: __WHEREVER FOUND_____

SEX _____ RACE _____ NATIONALITY: US

**U.S. ATTORNEY INFORMATION:**

AUSA ___EOC_____   BAR # __101721_____

INTERPRETER: _____ NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: _1_      ____ PETTY  ____ MISDEMEANOR   _1_ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18: 922(g)(1).F | 18: USC 922(g)(1) | Felon in Possession of a Firearm | 1 |

Date: *August 6, 2008*  SIGNATURE OF AUSA *Erin O. Chalk*