PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08CR 130 DPJ-LRA

JEFFREY JOHNSON
(Wherever Found)

The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 20th day of August, 2008.

This the 20th day of August, 2008.

DUNN LAMPTON<br>
United States Attorney<br><br>
By: <i>Erin D. Chalk</i><br>
ERIN O. CHALK<br>
Assistant U.S. Attorney<br>
MS Bar# 101721

Warrant issued: _____

EOC